# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANITA WINFREE,<br><br>        Plaintiff,<br><br>  v.<br><br>ASSET ACCEPTANCE<br>CORPORATION,<br>        Defendant. | **Case No.: 1:11-cv-446-LPS**<br><br>**(Unlawful Debt Collection Practices)** |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been

DISMISSED with prejudice.


/s/ Christopher Componovo
W. Christopher Componovo
Attorney ID # 3234
Kimmel & Silverman, PC
Silverside Carr Executive Center
Suite 118, 501 Silverside Road
Wilmington, DE 19809
(302) 791-9373 phone
(302) 791-9476 fax